UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
                              :   CRIMINAL NO. 3:19-CR-146
v.                            :
                              :
BRUCE REDMOND,                :
                              :
            Defendant         :

FILED
SCRANTON
MAY 07 2019
PER _____
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
(Unlawful Possession of Firearms and Ammunition)

On or about April 9, 2019, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

BRUCE REDMOND,

being an unlawful user of controlled substances, as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate commerce, the following firearms:

| No.: | Firearm Make | Model | Type | Caliber | Serial Number |
|---|---|---|---|---|---|
| 1 | Taurus | 1911 | Handgun | 45 | NKR87866 |
| 2 | FNH | Five Seven | Handgun | 5.7x28 | 386292036 |
| 3 | Magnum Research IMI | Desert Eagle | Handgun | 50 | 33202970 |
| 4 | Ruger | LCP-II | Handgun | 380 | 380024551 |
| 5 | DPMS | Panther LR-G2 | Rifle | 308 | EH009982 |
| 6 | Stoeger | Luger | Handgun | 22 | 12437 |

1

| | | | | | |
|---|---|---|---|---|---|
| 7 | Palmetto State Armory | PA-15 | Handgun | 9 | LW313029 |
| 8 | Master Piece Arms | M-11 | Handgun | 9 | F1798 |
| 9 | Colt | 1911 | Handgun | 45 | CLW029726 |
| 10 | Taurus | 85 | Revolver | 38 | NF25402 |
| 11 | Fabrica De Armas | Unknown | Rifle | 7.92 | U-3783 |
| 12 | Harrington Richardson | 88 | Shotgun | 12 | AU502120 |
| 13 | Bushmaster | XM15-EZS | Rifle | 223 | L061189 |
| 14 | Russian | SKS | Rifle | 762 | 9934496 |
| 15 | Savage | 62 | Rifle | 22 | 500064 |
| 16 | Zastava | PAP M92 | Pistol | 762 | M92PV065403 |
| 17 | Remington | 870 | Shotgun | 12 | D619949M |
| 18 | Kel Tec | PLR16 | Pistol | 223 | P2M42 |
| 19 | Sporting Arms Manu. | Snake Charmer | Shotgun | 410 | 16979 |
| 20 | German Mauser | Model 98 | Rifle | 308 | 9626 |
| 21 | Remington | 870 | Shotgun | 20 | C589566U |
| 22 | T Barker | ZZ | Shotgun | 12 | 1869 |
| 23 | Stevens | 311H | Shotgun | 12 | C011862 |
| 24 | Lee Enfield | NO4MKI | Rifle | 300 | 32C6348 |
| 25 | Romarm | SAR-1 | Rifle | 762 | S1-01447-99 |
| 26 | Izhmash | Saiga | Rifle | 762 | H03104431 |
| 27 | W Hamilton | ZZ | Shotgun | ZZ | 632 |
| 28 | Romarm | SAR-1 | Rifle | 762 | S1-51549-2001 |
| 29 | US Military | M1 Carbine | Rifle | 30 | 3635240 |
| 30 | Iver Johnson | Champion | Shotgun | 16 | ZZ |
| 31 | Remington | 700 | Rifle | 338 | S6428253 |
| 32 | Savage | 110E | Rifle | 30-06 | E214075 |
| 33 | Winchester | 94 | Rifle | 30-30 | 2963456 |
| 34 | W. Richards (Belgium) | ZZ | Shotgun | 12 | 20403 |
| 35 | Romarm | SAR-1 | Rifle | 762 | S1-03399-99 |
| 36 | Ithaca | 37 Feather | Shotgun | 16 | 371170257 |
| 37 | Ruger | Mini 14 | Rifle | 223 | 580-22420 |
| 38 | Mossberg | 835 Ulti-mag | Shotgun | 12 | UM526210 |
| 39 | Winchester | 70 | Rifle | 243 | G1956544 |
| 40 | Remington | 760 | Rifle | 30-06 | 8150649 |
| 41 | Marlin | 336W | Rifle | 30-30 | 95021532 |
| 42 | New England Firearms | Pardner | Shotgun | 12 | NG354140 |
| 43 | Ruger | Mini 30 | Rifle | 762 | 189-62582 |
| 44 | Century Arms | AMD65 | Rifle | 762 | AMD6501720 |
| 45 | Heritage | Rough Rider | Revolver | 22 | HR81873 |
| 46 | Marlin | 25N | Rifle | 22 | 333752 |
| 47 | Savage | 3B | Rifle | 22 | ZZ |
| 48 | Browning | A-Bolt | Rifle | 25 | 36083MW351 |
| 49 | Ted Williams | 200 | Shotgun | 20 | P137708 |

| 50 | Mossberg | 715T | Rifle | 22 | EMC3667898 |
| 51 | NU Arm Co. | M-15 | Rifle | 223 | 19 |
| 52 | Ruger | 22-Oct | Rifle | 22 | 241-63310 |
| 53 | Remington | 760 | Rifle | 270 | 447458 |
| 54 | Marlin | 30AS | Rifle | 30-30 | 13010592 |
| 55 | Mossberg | 500A | Shotgun | 12 | J462122 |
| 56 | Remington | 870 | Shotgun | 16 | 362860W |
| 57 | Mossberg | 600AT | Shotgun | 12 | G845297 |
| 58 | Marlin | 60W | Rifle | 22 | 3238351 |

and approximately 6664 rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
(Possession of a Stolen Firearm)

On or about April 9, 2019, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**BRUCE REDMOND,**

knowingly possessed, received, stored, bartered and disposed of a stolen firearm, that is, a Taurus, Model 85, .38 caliber revolver, serial number NF25402, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
(Possession of an Unregistered Firearm)

On or about April 9, 2019, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**BRUCE REDMOND,**

knowingly possessed a firearm, as that term is defined by Title 26, United States Code, Section 5845 (a), to wit: a Stevens, Model 311H, 12 gauge shotgun, serial number C011862, with a barrel length of less than 18 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (False Statements During Purchase of a Firearm)

On or about September 21, 2017, in Luzerne County, within the Middle District of Pennsylvania, the Defendant,

**BRUCE REDMOND,**

in connection with the acquisition and attempted acquisition of a firearm, to wit, a Taurus, Model PT1911, .45 caliber pistol, serial number NKR87866, from Bear's Gun Room, Wyoming, PA, a federally licensed firearms dealer, did knowingly and intentionally make false and fictitious written statements to Bear's Gun Room, which statements were intended to deceive and were likely to deceive Bear's Gun Room as to facts material to the lawfulness of such sale, acquisition, and attempted acquisition of the said firearm to and by the defendant under Chapter 44 of Title 18, in that the defendant did make false statements to Bear's Gun Room on ATF Form 4473 that he was not an unlawful user of controlled substances, when in fact, the defendant well knew that he was an unlawful user of controlled substances.

In violation of Title 18, United States Code, Section 922 (a)(6).

## THE GRAND JURY FURTHER CHARGES:
## COUNT 5
### (False Statements During Purchase of a Firearm)

On or about January 21, 2018, in Luzerne County, within the Middle District of Pennsylvania, the Defendant,

### BRUCE REDMOND,

in connection with the acquisition and attempted acquisition of a firearms, to wit, a Ruger, Model LCP-II, .380 caliber pistol, serial number 380024551, and a FNH, Model Five Seven, 5.7 x 28 handgun, serial number 386292036, from MidKnight Tactical LLC, Sweet Valley, PA, a federally licensed firearms dealer, did knowingly and intentionally make false and fictitious written statements to MidKnight Tactical LLC, which statements were intended to deceive and were likely to deceive MidKnight Tactical LLC as to facts material to the lawfulness of such sale, acquisition, and attempted acquisition of the said firearms to and by the defendant under Chapter 44 of Title 18, in that the defendant did make false statements to MidKnight Tactical LLC on ATF Form 4473 that he was not an unlawful user of controlled substances, when in fact, the defendant well knew that he was an unlawful user of controlled substances.

In violation of Title 18, United States Code, Section 922 (a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

(Possession with Intent to Distribute a Controlled Substance)

On or about and between March 1, 2019 and March 31, 2019, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**BRUCE REDMOND,**

did knowingly, intentionally and unlawfully possess with intent to distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 7

**(Aiding and Abetting the Distribution of a Controlled Substance)**

On or about March 26, 2019, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**BRUCE REDMOND,**

aiding and abetting another person, and aided and abetted by another person, did knowingly, intentionally and unlawfully distribute buprenorphine (Suboxone), a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 18 United States Code, Section 2.

## THE GRAND JURY FURTHER FINDS PROBABLE CAUSE:

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922 and 924; Title 21, United States Code, Section 841; or Title 26, United States Code, Section 5861(d), the defendant,

### BRUCE REDMOND,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses; and any

firearms and ammunition involved in the offenses. The property to be forfeited includes, but is not limited to, the following firearms:

| No.: | Firearm Make | Model | Type | Caliber | Serial Number |
|---|---|---|---|---|---|
| 1 | Taurus | 1911 | Handgun | 45 | NKR87866 |
| 2 | FNH | Five Seven | Handgun | 5.7x28 | 386292036 |
| 3 | Magnum Research IMI | Desert Eagle | Handgun | 50 | 33202970 |
| 4 | Ruger | LCP-II | Handgun | 380 | 380024551 |
| 5 | DPMS | Panther LR-G2 | Rifle | 308 | EH009982 |
| 6 | Stoeger | Luger | Handgun | 22 | 12437 |
| 7 | Palmetto State Armory | PA-15 | Handgun | 9 | LW313029 |
| 8 | Master Piece Arms | M-11 | Handgun | 9 | F1798 |
| 9 | Colt | 1911 | Handgun | 45 | CLW029726 |
| 10 | Taurus | 85 | Revolver | 38 | NF25402 |
| 11 | Fabrica De Armas | Unknown | Rifle | 7.92 | U-3783 |
| 12 | Harrington Richardson | 88 | Shotgun | 12 | AU502120 |
| 13 | Bushmaster | XM15-EZS | Rifle | 223 | L061189 |
| 14 | Russian | SKS | Rifle | 762 | 9934496 |
| 15 | Savage | 62 | Rifle | 22 | 500064 |
| 16 | Zastava | PAP M92 | Pistol | 762 | M92PV065403 |
| 17 | Remington | 870 | Shotgun | 12 | D619949M |
| 18 | Kel Tec | PLR16 | Pistol | 223 | P2M42 |
| 19 | Sporting Arms Manu. | Snake Charmer | Shotgun | 410 | 16979 |
| 20 | German Mauser | Model 98 | Rifle | 308 | 9626 |
| 21 | Remington | 870 | Shotgun | 20 | C589566U |
| 22 | T Barker | ZZ | Shotgun | 12 | 1869 |
| 23 | Stevens | 311H | Shotgun | 12 | C011862 |
| 24 | Lee Enfield | NO4MKI | Rifle | 300 | 32C6348 |
| 25 | Romarm | SAR-1 | Rifle | 762 | S1-01447-99 |
| 26 | Izhmash | Saiga | Rifle | 762 | H03104431 |
| 27 | W Hamilton | ZZ | Shotgun | ZZ | 632 |
| 28 | Romarm | SAR-1 | Rifle | 762 | S1-51549-2001 |
| 29 | US Military | M1 Carbine | Rifle | 30 | 3635240 |
| 30 | Iver Johnson | Champion | Shotgun | 16 | ZZ |
| 31 | Remington | 700 | Rifle | 338 | S6428253 |
| 32 | Savage | 110E | Rifle | 30-06 | E214075 |
| 33 | Winchester | 94 | Rifle | 30-30 | 2963456 |
| 34 | W. Richards (Belgium) | ZZ | Shotgun | 12 | 20403 |
| 35 | Romarm | SAR-1 | Rifle | 762 | S1-03399-99 |
| 36 | Ithaca | 37 Feather | Shotgun | 16 | 371170257 |

| 37 | Ruger | Mini 14 | Rifle | 223 | 580-22420 |
|---|---|---|---|---|---|
| 38 | Mossberg | 835 Ulti-mag | Shotgun | 12 | UM526210 |
| 39 | Winchester | 70 | Rifle | 243 | G1956544 |
| 40 | Remington | 760 | Rifle | 30-06 | 8150649 |
| 41 | Marlin | 336W | Rifle | 30-30 | 95021532 |
| 42 | New England Firearms | Pardner | Shotgun | 12 | NG354140 |
| 43 | Ruger | Mini 30 | Rifle | 762 | 189-62582 |
| 44 | Century Arms | AMD65 | Rifle | 762 | AMD6501720 |
| 45 | Heritage | Rough Rider | Revolver | 22 | HR81873 |
| 46 | Marlin | 25N | Rifle | 22 | 333752 |
| 47 | Savage | 3B | Rifle | 22 | ZZ |
| 48 | Browning | A-Bolt | Rifle | 25 | 36083MW351 |
| 49 | Ted Williams | 200 | Shotgun | 20 | P137708 |
| 50 | Mossberg | 715T | Rifle | 22 | EMC3667898 |
| 51 | NU Arm Co. | M-15 | Rifle | 223 | 19 |
| 52 | Ruger | 22-Oct | Rifle | 22 | 241-63310 |
| 53 | Remington | 760 | Rifle | 270 | 447458 |
| 54 | Marlin | 30AS | Rifle | 30-30 | 13010592 |
| 55 | Mossberg | 500A | Shotgun | 12 | J462122 |
| 56 | Remington | 870 | Shotgun | 16 | 362860W |
| 57 | Mossberg | 600AT | Shotgun | 12 | G845297 |
| 58 | Marlin | 60W | Rifle | 22 | 3238351 |
| 59 | Approximately 6,664 rounds of ammunition | | | | |

If any of the property described, as a result of any act or omission of the defendant:

 a. Cannot be located upon the exercise of due diligence;

 b. Has been transferred or sold to, or deposited with, a third party;

 c. Has been placed beyond the jurisdiction of the court;

 d. Has been substantially diminished in value; or

 e. Has been commingled with other property which cannot be

divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

A TRUE BILL

\_\_5/7/19\_\_
DATE

\_\_5/7/19\_\_
DATE

DAVID J. FREED
UNITED STATES ATTORNEY

BY: _Robert J. O'Hara_
ROBERT J. O'HARA
ASSISTANT U.S. ATTORNEY